# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

CHRIS LANGER,

                                    Plaintiff,

            vs.

ALLIED EQUITY, LLC, et al.,

                                    Defendant.

CASE NO. 18cv1829-LAB (BGS)

**ORDER DISMISSING CASE [Dkt. 9]**

    Following their notice of settlement, the Court instructed the parties to submit a joint dismissal by January 4, 2019. They have now done so. Dkt. 9. Their joint motion to dismiss the case is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: November 28, 2018

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge